# In The United States Court of Federal Claims

## Cover Sheet

04-0109C

Plaintiff(s) or Petitioner(s)

Southern California Edison Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Brad Fagg

Firm Name: Morgan, Lewis & Bockius LLP

Post Office Box:

Street Address: 1111 Pennsylvania Ave., N.W.

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: PH: 202-739-5191 Fax: 202-739-3001

E-mail address: bfagg@morganlewis.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of the standard contract by DOE for the storage of spent nuclear fuel.

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003