ORIGINAL

FILED
JAN 2 9 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SOUTHERN CALIFORNIA EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | No.: 04-0109C<br>Judge: ___________ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Southern California Edison Company ("SCE"), through undersigned counsel, respectfully submits this corporate disclosure statement. SCE is a wholly-owned subsidiary of Edison International. Edison International is a publicly held corporation and owns more than 10% of SCE.

Respectfully submitted,

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiff,
Southern California Edison Company

January 29, 2004