# In the United States Court of Federal Claims

No. 04-109C
(Filed: February 24, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
SOUTHERN CALIFORNIA EDISON
COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case is hereby removed from the ADR Pilot Program.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge