# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: June 7, 2004)

*****************************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************************

**ORDER**

The Court intends to schedule a telephonic preliminary status conference (on the record) during the period of June 23-July 16, 2004.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 219-9565, **of the proposed status conference dates no later than June 20, 2004**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

Parties are ORDERED to discuss motions, discovery, proposed schedules and other issues in preparation for the preliminary status conference.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge