# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: June 14, 2004)

**********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**********************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference (on the record) scheduled for 10:45 a.m., on Friday, June 25, 2004** (immediately following the *PPL Susquehanna* preliminary status conference). **The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

Parties are ORDERED to discuss motions, discovery, proposed schedules and other issues in preparation for the preliminary status conference.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge