# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: July 29, 2004)

**********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**********************************************************

**ORDER**

Parties' **Joint Status Report and Motion for Enlargement of Time (1 month) until August 30, 2004, to allow the Government to reach agreement with the utility plaintiffs regarding the protective order and access to existing discovery is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge