# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: August 11, 2005)

****************************************************************

SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *

****************************************************************

## ORDER

The parties filed a Joint Status Report on August 10, 2005, requesting **a continuation of the stay of all proceedings, including discovery, until March 31, 2006. This request to continue the stay is hereby GRANTED.**

**Parties shall file a Joint Status Report on March 31, 2006, identifying their positions regarding further activity in this case, in light of the status of activities in the other cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge