IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN CALIFORNIA EDISON COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-109C
(Judge Baskir)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including April 7, 2006, within which to file the Joint Status Report. Pursuant to the Court's August 11, 2005 order, the parties are to file a Joint Status Report today. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Southern California Edison Company, ("SCE"), has indicated that SCE does not oppose this motion for an enlargement of time.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to review the portion of the Joint Status Report prepared by counsel for SCE, prepare the Government's portion of the Joint Status Report, obtain review of it, and file it with the Court by the current deadline. Counsel has been unable to devote the time necessary to complete this effort because counsel has been assisting in the preparation of the Government's response to an order issued by the Court in Pacific Gas & Electric Co. v. United States, No. 04-00074C and No. 04-00075C (Hewitt, J.), issued on March 23, 2006, which requires the Government to submit several new declarations supporting the

assertion of deliberation process in that case and the other spent nuclear fuel cases pending before the Court.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of seven days, to and including April 7, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

March 31, 2006

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 31st day of March, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan