# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: April 5, 2006)

**********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**********************************************************

## ORDER

Defendant's unopposed **Motion for Enlargement of Time (7 days) until April 7, 2006, to file the Joint Status Report is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge