# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: April 19, 2006)

*********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************************

## ORDER

The Court intends to schedule a telephonic status conference (on the record) at the end of May 2006 regarding the parties' Joint Status Report filed on April 7, 2006. The Court's preferred dates are May 24 (morning session only), 30 or 31. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

Prior to the status conference, the parties shall file a Joint Status Report outlining the specific issues in this case and discussing whether any cases currently proceeding before this Court and the Federal Circuit are expected to address any of the issues in this case.

Accordingly, it is ORDERED that the parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference date no later than April 28, 2006**, and **shall file a Joint Status Report no later than May 8, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge