# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: April 28, 2006)

************************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
************************************************************

## ORDER

This Order confirms the **telephonic Status Conference (on the record) scheduled for 10:00 a.m., on Wednesday, May 24, 2006**. **The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge