# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: June 5, 2006)

*********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************************

## ORDER

_____This case is one of 65 Spent Nuclear Fuel ("SNF") cases currently pending before this Court and the Federal Circuit. On June 24, 2004, this Court held a status conference in which both parties agreed to stay this case pending the outcome of other SNF cases.

In the parties' April 7, 2006 Joint Status Report, Plaintiff requested lifting the stay of all proceedings in this case, while Defendant requested that this Court continue to stay the proceedings for another six months. In an April 19, 2006 Order, this Court requested that the parties file another Joint Status Report outlining the specific issues in this case and discuss whether any cases currently proceeding before this Court and the Federal Circuit were expected to address any of these issues.

On May 24, 2006, this Court held a Status Conference to determine whether it was appropriate to continue staying all proceedings in this case. Upon review of the issues remaining in this case following the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005), resolving the future damages issue, **the Court hereby GRANTS the Plaintiff's request to lift the stay in this case.** If Plaintiff intends to file an Amended Complaint in this case, it shall do so no later than July 31, 2006.

The parties agreed to the following discovery schedule in the event that this Court granted Plaintiff's request to lift the stay:

- July 31, 2006: Plaintiff shall file notice whether it expects to obtain a damages expert.
- August 31, 2006: Plaintiff's damages schedule produced. Should Plaintiff obtain a damages expert, either the expert report shall be filed or Plaintiff shall file notice as to what date the expert report will be filed.
- May 31, 2007: Defendant's expert reports, response to Plaintiff's damage schedules.
- June 22, 2007: Plaintiff's rebuttal expert reports, if any.
- August 31, 2007: Close of all discovery.
- September 7, 2007: Parties shall file a Joint Status Report regarding further proceedings in this case.

Additionally, **the parties shall file a Joint Status Report no later than July 31, 2006,** updating this Court as to the status of all other SNF cases.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge