# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**SOUTHERN CALIFORNIA EDISON COMPANY**

Plaintiff,

v.

**UNITED STATES OF AMERICA**

Defendant.

Case No. 04-0109C

Judge Baskir

## Plaintiff's Notice Regarding Damages Expert

By Order dated June 5, 2006, the Court directed that Plaintiff Southern California Edison Company ("SCE") "shall file notice whether it expects to obtain a damages expert," on or before July 31, 2006.

SCE currently expects to present the evidence establishing the amount of damages it will claim in this action primarily through company documentation and, if necessary, the testimony of current and former company personnel with first-hand knowledge of such damages. SCE's initial damages schedules are currently required to be produced on August 31, 2006. Accordingly, while SCE continues to reserve its rights regarding expert witnesses, SCE does not presently expect to retain an outside damages expert for purposes of testifying at trial.

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff
Southern California Edison Company

July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of July, 2006, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

s/ Brad Fagg