IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2006 order, defendant, the United States, on behalf of both parties, provides the Court with the attached chart, which shows the status of all the spent nuclear fuel cases pending at the United States Court of Federal Claims. Counsel for plaintiff, Southern California Edison Company, has reviewed this submission and agrees with its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

July 31, 2006

Attorneys for Defendant

# ATTACHMENT

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN CALIFORNIA EDISON COMPANY**

Plaintiff,

v.

**UNITED STATES OF AMERICA**

Defendant.

Case No. 04-0109C

Judge Baskir

**SPENT FUEL CASES IN COURT OF FEDERAL CLAIMS**

| Plaintiff | Case Number / Judge | Status |
|---|---|---|
| Yankee Atomic Electric Co. | 98-126C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Connecticut Yankee Atomic Power Co. | 98-154C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Maine Yankee Atomic Power Co. | 98-474C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Florida Power & Light Co. | 98-483C Baskir | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 15, 2006 |
| | | |
| Northern States Power Co. | 98-484C Wiese | Active Litigation; Trial Scheduled To Begin Oct. 23, 2006 |
| | | |
| Duke Power, Div. Of Duke Energy Corp. | 98-485C Wiese | Case Stayed; Joint Status Report Due Sept. 1, 2006 |

| | | |
|---|---|---|
| Indiana Michigan Power Co. | 98-486C Hodges | Case Closed; Decision by U.S. Court of Appeals for the Federal Circuit, Sept. 9, 2005. |
| | | |
| Sacramento Municipal Utility District | 98-488C Braden | Trial Conducted March 2005; Interim decision issued March 31, 2006; Further evidentiary proceedings scheduled for August 2006 |
| | | |
| Southern Nuclear Operating Co. | 98-614C Merow | Trial Conducted October 2005; Awaiting Decision |
| | | |
| Commonwealth Edison Co. | 98-621C Hewitt | Case Dismissed, Aug. 9, 2004 |
| | | |
| Boston Edison Co. | 99-447C Lettow | Active Litigation; Trial Scheduled To Begin May 7, 2007; Case arises from same contract as Entergy Nuclear Generation, 03-2626C |
| | | |
| Wisconsin Elec. Power Co. | 00-697C Merow | Active Litigation; Trial Scheduled To Begin March 27, 2007 |
| | | |
| Power Authority of the State of NY | 00-703C Damich | Case Stayed; Joint Status Report Due Jan. 2, 2007; Case arises from same contract as Entergy Nuclear Fitzpatrick, 03-2627C |
| | | |
| Omaha Public Power District | 01-115C Braden | Settlement Reached; To Be Dismissed |
| | | |
| Nebraska Public Power District | 01-116C Allegra | Dispositive Motions Pending; Trial Not Yet Scheduled |
| | | |

| | | |
|---|---|---|
| Tennessee Valley Authority | 01-249C Lettow | Final Judgment Issued Jan. 31, 2006; Appeal Withdrawn July 19, 2006 |
| | | |
| PSEG Nuclear, LLC, Public Service Electric & Gas Co. | 01-551C Bruggink | Order Dismissing Breach of Contract Claims for Lack of Jurisdiction on appeal to Federal Circuit, No. 05-5162 |
| | | |
| Vermont Yankee Nuclear Power Co. | 02-898C Wheeler | Dispositive Motions Pending; Discovery and Trial Not Yet Scheduled; Case arises from same contract as Entergy Nuclear Vermont Yankee, 03-2663C |
| | | |
| Detroit Edison Co. | 02-926C Williams | Case Stayed Pending Resolution of PSEG v. United States, No. 05-5162 (Fed. Cir.). |
| | | |
| Consumers Energy Co. | 02-1894C Damich | Active Litigation; Discovery To Be Completed By Dec. 31, 2007; Trial Not Yet Scheduled |
| | | |
| General Atomics | 03-2505C Wolski | Case Stayed until Sept. 26, 2006; Joint Status Report due Sept. 26, 2006 |
| | | |
| System Fuels, Inc. – Entergy Louisiana, Inc. | 03-2621C Williams | Supplemental Briefing Deferred Until 30 Days After Issuance of Decision in PSEG v. United States, No. 05-5162 (Fed. Cir.) |
| | | |
| Entergy Nuclear Indian Point 2, LLC | 03-2622C Wheeler | Active Litigation; Discovery To Be Completed By April 6, 2007; Case arises from same contract as Consolidated Edison, 04-33C |
| | | |
| System Fuels, Inc. – Entergy Arkansas, Inc. | 03-2623C Lettow | Active Litigation; Trial Scheduled To Begin February 12, 2007 |

| | | |
|---|---|---|
| System Fuels, Inc. – System Energy Resources, Inc. and South Mississippi Electric Power Association | 03-2624C Braden | Active Litigation; Trial Scheduled To Begin September 18, 2007 |
| | | |
| Entergy Gulf States, Inc. | 03-2625C Williams | Supplemental briefing deferred until 30 days after issuance of decision in PSEG v. United States, No. 05-5162 (Fed. Cir.) |
| | | |
| Entergy Nuclear Generation Co. | 03-2626C Lettow | Active Litigation; Trial Regarding Contract Formation Issues To Begin May 7, 2006, In Conjunction With Trial In Boston Edison, 99-447C |
| | | |
| Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC and Entergy Nuclear Operations, Inc. | 03-2627C Damich | Case Stayed; Joint Status Report Due Jan. 2, 2007; Case arises from same contract as Power Authority of New York, 00-703C |
| | | |
| Entergy Nuclear Vermont Yankee, LLC & Entergy Nuclear Operations, Inc. | 03-2663C Wheeler | Dispositive Motions Pending; Discovery and Trial Not Yet Scheduled; Case arises from same contract as Vermont Yankee Nuclear, 02-898C |
| | | |
| Arizona Public Service Co. | 03-2832C Hodges | Active Litigation; Discovery To Be Completed By Dec. 20, 2007; Trial Not Yet Scheduled |
| | | |
| Portland General Electric Company, The City of Eugene, Oregon, and Pacificorp | 04-09C Bruggink | Case Stayed until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |

| | | |
|---|---|---|
| Energy Northwest | 04-10C<br>Damich | Active Litigation; Joint Status Report proposing discovery and trial schedule due Aug. 11, 2006 |
| | | |
| Consolidated Edison Co. of NY, Inc.<br>(former owner) | 04-33C<br>Wheeler | Active Litigation; Discovery To Be Completed By April 6, 2007; Trial Not Yet Scheduled; Case arises from same contract as Entergy Nuclear Indian Point 2, 03-2622C |
| | | |
| Delmarva Power & Light Co.<br>(former owner)<br><br>Atlantic City Electric Co.<br>(former owner) | 04-34C<br>04-36C<br>Miller | Active Litigation; Discovery To Be Completed By Sept. 28, 2007; Trial Not Yet Scheduled; Case arises from same contract as Exelon, 04-102C |
| | | |
| Canal Electric Co.<br>(former owner) | 04-35C<br>Hodges | Case Stayed; Case arises from same contract as FPL Seabrook, 04-88C |
| | | |
| Carolina Power & Light Co., Florida Power Corp. | 04-37C<br>Wheeler | Active Litigation; Discovery To Be Completed By July 15, 2007; Trial Not Yet Scheduled |
| | | |
| Interstate Power & Light Co. | 04-67C<br>Miller | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 8, 2006 |
| | | |
| Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., Nine Mile Nuclear Station, LLC | 04-68C<br>Margolis | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006; Case arises from same contract as Niagara Mohawk, 04-124C and 04-125C |
| | | |
| Cleveland Elec. Illuminating Co, Pennsylvania Power Co., Toledo Edison Co.. | 04-69C<br>Wolski | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |

| | | |
|---|---|---|
| PPL Susquehanna, LLC | 04-70C<br>Baskir | Motion for Liability Due Oct. 3, 2006 |
| | | |
| Wisconsin Public Svc. Corp. | 04-71C<br>Block | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| Pacific Gas & Electric Co. | 04-74C<br>04-75C<br>Hewitt | Trial Conducted June 2006; Awaiting Decision |
| | | |
| Dominion Resources, Inc. Dominion Nuclear Connecticut, Inc., The Connecticut Light & Power Co., Western Massachusetts Electric Co., Northeast Utilities Service Co. | 04-83C<br>Bruggink | Case Stayed; Request By Plaintiff To Lift Stay Pending |
| | | |
| Dominion Resources, Inc. (Virginia Electric & Power Co.) | 04-84C<br>Bruggink | Case Stayed; Request By Plaintiff To Lift Stay Pending |
| | | |
| FPL Energy Seabrook, LLC, Massachusetts Municipal Wholesale Electric Co., Taunton Municipal Lighting Plant, Hudson Light & Power Dept. | 04-88C<br>Hodges | Case Stayed Pending Decision on Motion To Dismiss in Canal Electric, 04-35C |
| | | |
| BWX Technologies, Inc. | 04-96C<br>Lettow | Case Not Stayed, But No Proceedings Have Yet Been Scheduled |
| | | |
| Union Electric Co., d/b/a Ameren Plaza | 04-97C<br>Hodges | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |

| | | |
|---|---|---|
| TXU Generation Co. LP | 04-98C Williams | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |
| Kansas Gas & Electric Co., Kansas City Power & Light Co., Kansas Electric Power Cooperative, Inc. | 04-99C Miller | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |
| Texas Genco LP, AEP Texas Central Co., City of Austin, Texas, City of San Antonio, Texas | 04-100C Wolski | Case Stayed Until Dec. 1, 2006; Joint Status Report Due Dec. 1, 2006 |
| | | |
| South Carolina Electric & Gas Co., South Carolina Public Service Authority | 04-101C Lettow | Case Dismissed, Apr. 24, 2006 |
| | | |
| Exelon Generation Company, LLC (Peach Bottom, Limerick) | 04-102C Hewitt | Case Dismissed, Aug. 9, 2004; Case arose from same contract as Atlantic City, 04-36C, and Delmarva Power, 04-34C |
| | | |
| Exelon Generation Company, LLC (Dresden, Zion, Byron, LaSalle, Quad-Cities, Braidwood), MidAmerican Energy Co. | 04-103C Hewitt | Case Dismissed, Aug. 9, 2004 |
| | | |
| Exelon Generation Company, LLC, (Oyster Creek, TMI, Clinton), Amergen Energy Co., LLC | 04-104C Hewitt | Case Dismissed, Aug. 9, 2004; Case arose from same contract as Illinois Power, 04-133C |
| | | |
| Dairyland Power Cooperative | 04-106C Damich | Active Litigation; Trial Scheduled To Begin Oct. 29, 2007 |
| | | |

| | | |
|---|---|---|
| General Electric Co. | 04-107C Wolski | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| General Electric Co. | 04-108C Wolksi | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| Southern California Edison Co. | 04-109C Baskir | Active Litigation; Discovery To Be Completed By Aug. 31, 2007; Trial Not Yet Scheduled |
| | | |
| Rochester Gas and Electric Corp., R.E. Ginna Nuclear Power Plant, L.L.C. | 04-118C Margolis | Case Stayed Until Dec. 15, 2006 |
| | | |
| Niagara Mohawk Power Corp. (Nine Mile Point 1) (former owner) | 04-124C Margolis | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006; Case arises from same contract as Constellation, 04-68C |
| | | |
| Niagara Mohawk Power Corp., New York State Electric & Gas Corp., Rochester Gas & Electric Corp., Central Hudson Gas & Electric Corp. (Nine Mile Point 2) (former owners) | 04-125C Margolis | Case Stayed; Transferred to Judge Margolis on Mar. 16, 2005; Case arises from same contract as Constellation, 04-68C |
| | | |
| The United Illuminating Company (Millstone 3) (former owner) | 04-129 Block | Case Dismissed, May 11, 2004 |
| | | |
| Illinois Power Co. (Clinton) (former owner) | 04-133 Damich | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 8, 2006; Case arises from same contract as Exelon, 04-104C |

CERTIFICATE OF FILING

I hereby certify that on this 31st day of July 2006, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan