# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: August 17, 2006)

**********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**********************************************************

ORDER

On August 14, 2006, Defendant filed an unopposed Motion for the Entry of the Protective Order, the E-mail Preservation Order, and the Stipulated Order Governing Review of the "Record Information System" Database. The Court intends to enter the E-mail Preservation Order and the Stipulated Order Governing Review of the "Record Information System" Database as proposed by the parties. The Court will enter a Protective Order based on the Court's standard protective order, modified to incorporate the parties' provisions concerning what material shall be considered "protected information" and admitting the other SNF plaintiffs' attorneys to the Order. **The Defendant's Motion is hereby GRANTED in part.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge