# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: September 7, 2006)

************************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
************************************************************

## ORDER

_____Plaintiff's unopposed **Motion For Leave to File Supplemental and Amended Complaint**, filed July 31, 2006, is hereby **GRANTED**.

Plaintiff's request that this Court issue an order confirming Plaintiff's right to pursue in subsequent proceedings damages incurred after December 31, 2005, is **DENIED without prejudice.** The Federal Circuit has confirmed that SNF plaintiffs may "obtain recovery for post-breach damages as they are incurred." *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369, 1376 (Fed. Cir. 2005).

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge