# In the United States Court of Federal Claims

Case No. 04-109C
(Filed: November 16, 2006)

*********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************************

ORDER

On November 2, 2006, Defendant filed an unopposed Motion to Modify Protective Order so that the terms of the protective order in this case are the same as the terms of the protective order entered by the Court in *PPL Susquehanna, LLC v. United States*, No. 04-70C, on October 18, 2006. **The Defendant's Motion is hereby GRANTED.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge