IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO REVISE
THE COURT'S JUNE 5, 2006 SCHEDULING ORDER

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests that the Court revise the scheduling order, entered on June 5, 2006, to enlarge the remaining dates on that schedule. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Southern California Edison Company ("SCE"), has stated that SCE does not oppose this request.

Defendant requests that the Court revise the scheduling order to enable defendant to conduct the discovery necessary to prepare the Government's expert reports and respond to plaintiff's damages schedules. On March 23, 2007, SCE produced the last large batch of documents responsive to our discovery requests, propounded in August 2006, and has responded to a large number of the inquiries posed by our accounting

experts during the audit process. We are in the process of scheduling numerous depositions that will occur in May, June and July. However, during the same period, the Government attorney team assigned to take these depositions is also taking depositions in Carolina Power & Light Co., et. al. v. United States, No. 04-37C (Fed. Cl.); Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.); and Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.). Enlarging the time to complete our expert reports and our response to plaintiff's cost schedules and summaries would enable us and our technical and accounting experts to use the information gleaned in the discovery process (potentially leading to a stipulation to the amount of some of the components of damage claimed by plaintiffs) and would obviate the need to amend these reports and responses upon the discovery of additional information. Defendant seeks to enlarge the dates set forth in the Court's schedule after the Government's submission of its expert reports to allow for the depositions of the Government's experts, the submission of plaintiff's rebuttal reports, if any, and the conduct of any other remaining discovery that may be necessary.

Defendant respectfully requests that the Court revise the scheduling order to provide as follows:

| | |
|---|---|
| August 15, 2007 | Defendant's expert reports, response to Plaintiff's damage schedules. |
| October 1, 2007 | Plaintiff's rebuttal expert reports, if any. |
| October 31, 2007 | Close of all discovery. |
| November 7, 2007 | Parties shall file a Joint Status Report regarding further proceedings in this case. |

For the foregoing reasons, defendant respectfully requests that the Court grant our request to revise the scheduling order entered by the Court on June 6, 2005, to the dates set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

April 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of April 2007, a copy of foregoing “DEFENDANT’S UNOPPOSED MOTION TO REVISE THE COURT’S JUNE 5, 2006 SCHEDULING ORDER,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan