IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO REVISE
THE COURT'S JUNE 5, 2006 SCHEDULING ORDER

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests that the Court revise the scheduling order, entered on June 5, 2006, to enlarge the remaining dates on that schedule. This is our second request for an enlargement of time for this purpose. Our first request was filed on April 19, 2007, but the Court has not been acted upon it. Counsel for plaintiff, Southern California Edison Company ("SCE"), has stated that SCE does not oppose this request.

The Government is working diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has conducted 15 depositions and has scheduled two more depositions for the last week in August 2007. The scheduling of these

additional depositions was delayed because of the unavailability of one of SCE's witnesses. The Government expects that its expert reports will depend in substantial part upon information obtained during these remaining depositions. Enlarging the time for the Government to complete its expert reports would obviate the need to amend these reports and responses upon the discovery of additional information.

The Government also requests the enlargement of the dates set forth in the Court's scheduling order because the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.), and Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.), all of which are currently in the discovery stage. Counsel for plaintiff here is also attorney of record in both Carolina Power and Dominion Resources, Inc. cases. Moreover, trial in Carolina Power is currently scheduled to take place from November 5, 2007, through November 20, 2007. The Government anticipates that preparation for, and participation in, this trial will require substantial time and resources throughout October and November 2007. Finally, Government counsel in this case currently is expected to participate in the upcoming trial in

Wisconsin Electric Power Co. v. United States, No. 00-697C (Fed. Cl.), which is currently scheduled to take place from September 10, 2007, through October 12, 2007.

Accordingly, the Government respectfully requests that the Court revise the scheduling order to provide the Government with ample time to prepare its expert submissions and responses to plaintiff's cost schedules and for the parties to complete discovery, as follows:

| | |
|---|---|
| December 7, 2007 | Defendant's expert reports, response to Plaintiff's damage schedules. |
| January 15, 2008 | Plaintiff's rebuttal expert reports, if any. |
| February 15, 2008 | Close of all discovery. |
| February 22, 2008 | Parties shall file a Joint Status Report regarding further proceedings in this case. |

For the foregoing reasons, defendant respectfully requests that the Court grant our request to revise the scheduling order entered by the Court on June 5, 2006, to the dates set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

July 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of July 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO REVISE THE COURT'S JUNE 5, 2006 SCHEDULING ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan