# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: July 24, 2007)

************************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
************************************************************

## ORDER

_____Defendant's unopposed **Motion to Revise the Court's June 5, 2006, Scheduling Order** filed on July 20, 2007, is **GRANTED** as follows:

-- December 7, 2007: Defendant's expert reports, response to Plaintiff's damage schedules.

-- January 15, 2008: Plaintiff's rebuttal expert reports, if any.

-- February 15, 2008: Close of all discovery.

-- February 22, 2008: Parties shall file a Joint Status Report regarding further proceedings in this case.

Additionally, **the parties shall file a Joint Status Report no later than February 22, 2008,** updating this Court as to the status of all other SNF cases.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge