IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO REVISE THE COURT'S JULY 24, 2007 SCHEDULING ORDER AND ENLARGE THE DATES FOR THE SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court revise the scheduling order, entered on July 24, 2007, to enlarge the date for the submission of the Government's expert reports and response to the damages schedules submitted by plaintiff, Southern California Edison Company ("SCE"), to January 25, 2007. Our reports are currently due on December 7, 2007. This is our third request for an enlargement of time for this purpose. Counsel for SCE has stated that SCE does not oppose this request.

The Government is working diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has conducted 17 depositions and has scheduled four

additional depositions to occur in December 2007 and January 2008. The Government expects that its expert reports will depend in part upon information obtained during two of these remaining depositions. Enlarging the time for the Government to complete its expert reports would obviate the need to amend these reports and responses upon the discovery of additional information.

The Government also requests the enlargement of the dates set forth in the Court's scheduling order because the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.), and Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.). The Court conducted trial in Carolina Power November 5-15, 2007, and the parties are currently engaged in post-trial briefing. The first post-trial briefs are due on January 18, 2008. In Dominion Resources, the Government's expert reports are due December 5, 2007 and discovery is scheduled to close on December 21, 2007. Finally, Government counsel in this case is also counsel of record in Southern Nuclear Operating Co. et. al. v. United States, No. 98-614C, and

is involved in the Government's efforts to analyze the Court's recent decision in that case and identify potential issues for appeal.

For the foregoing reasons, defendant respectfully requests that the Court grant our request to revise the scheduling order entered by the Court on July 24, 2007, and enlarge the date for the submission of the Government's expert reports and response to SCE's damages schedules by 49 days to, and including, January 25, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

November 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of November 2007, a copy of foregoing “DEFENDANT’S UNOPPOSED MOTION TO REVISE THE COURT’S JULY 24, 2007 SCHEDULING ORDER AND ENLARGE THE DATES FOR THE SUBMISSION OF THE GOVERNMENT’S EXPERT REPORTS,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan