# In the United States Court of Federal Claims

Case No. 04-109C
(Filed: December 3, 2007)

*********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************************

**ORDER**

Defendant's unopposed **Motion to Revise the Court's July 24, 2007 Scheduling Order and Enlarge the Dates (by 49 days) for the Submission of the Government's Expert Reports until January 25, 2008, is hereby GRANTED.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge