IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
TO SUPPLEMENT THE FINAL PROTECTIVE ORDER

Pursuant to Rules 7 and 26(c) of the United States Court of Federal Claims, defendant, the United States, respectfully request that the Court supplement its November 16, 2006 Final Protective Order in this case. Plaintiff, Southern California Edison Company ("SCE"), does not oppose this request. A proposed supplemental protective order is attached here as Exhibit 1.

The Government seeks entry of this supplemental protective order to gain access to third party documents critical to its case. Last month, the United States served a subpoena upon a non-party, Transnuclear, Incorporated.[1] Transnuclear designs and manufactures dry fuel storage

[1] Later in the month, Plaintiff SCE served a substantially similar subpoena upon Transnuclear.

canisters and systems for the nuclear industry. SCE uses a Transnuclear system to store its spent fuel and is seeking to recover costs associated with its use of that system in this case, including the cost of its own in-house manufacturing of Transnuclear designed dry fuel storage canisters. The Government believes that the information it has subpoenaed from Transnuclear is important to its defense against plaintiff's claim.

Transnuclear has thus far been cooperative and has reached an agreement with the Government as to the scope of the documents to be produced. However, because Transnuclear considers these documents to be highly confidential and proprietary, it desires additional protections above those provided by the Final Protective Order. Specifically, given the business sensitive nature of the cost and pricing information that the Government seeks, Transnuclear wants assurances that its documents will only be used in this specific case and will not be available to other nuclear utilities and/or its competitors.

The Final Protective Order currently allows attorneys for plaintiffs in other spent nuclear fuel cases access to protected material. Final Protective Order at ¶ 3(g). The proposed supplemental protective order would provide that documents identified by Transnuclear as highly

confidential and proprietary, and deposition testimony regarding the same, may only be disclosed to and/or used by attorneys for the plaintiffs in this matter only, rather than generally (as stated in the Final Protective Order) the "attorneys for plaintiffs in spent nuclear fuel cases in which the U.S. Court of Federal Claims has entered a protective order," and that the United States will seek written permission from Transnuclear, and/or other relief, before using such documents and/or deposition testimony in other spent nuclear fuel proceedings.

For the foregoing reasons, defendant respectfully requests that the Court enter the attached proposed supplemental protective order in this matter.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

December 17, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 17th day of December 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO SUPPLEMENT THE FINAL PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher J. Carney