IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Christopher J. Carney as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Christopher J. Carney
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 11, 2008

s/ Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-7597
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 11th day of March 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney