IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-109C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATE FOR THE SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court revise the scheduling order, entered on July 24, 2007, to enlarge the date for the submission of the Government's expert reports and response to the damages schedules submitted by plaintiff, Southern California Edison Company ("SCE"), by 42 days, to and including, March 7, 2008. Our reports are currently due on January 25, 2008. This is our fourth request for an enlargement of time for this purpose. We do not seek to enlarge the date for the close of all discovery on February 15, 2008, except to permit plaintiffs to conduct depositions of the Government's experts at a mutually agreeable time following the submission of the Government's expert reports. Likewise, the February 22, 2008 date upon which the

parties are to submit a Joint Status Report regarding further proceedings in this case is unaffected by the Government's request. Counsel for SCE has stated that SCE does not oppose this request.

The Government is working diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has conducted 19 depositions, including one in December 2007, and one last week, on January 9, 2008. Two more depositions are scheduled for the end of this week in California. The Government expects that its expert reports will depend in part upon information obtained during the two depositions recently taken. Further, undersigned counsel for the Government took over as attorney of record in this matter late last week, because the previous attorney of record is about to depart on maternity leave. While undersigned counsel has worked on this matter for the past year, and is therefore knowledgeable about the case, he needs time to acquire a more comprehensive level of understanding regarding all the issues involved, in order to effectively coordinate with the Government's experts (one of whom will be gone for a large part of February) regarding the final preparation of their reports. Therefore, enlarging the time for the Government to complete its expert reports would allow information

obtained from the recent depositions to be incorporated into the reports, permit sufficient time for the transition of responsibilities in this matter to the new attorney of record, and allow time to coordinate with the Government's experts regarding the final preparation of their reports.

The Government also requests the enlargement of the expert report deadline because the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.), and Arizona Public Service Co. v. United States, No. 03-2832 (Fed. Cl.). The Court conducted trial in Carolina Power November 5-15, 2007, and the parties are currently engaged in post-trial briefing. The first post-trial briefs are due on January 22, 2008, and reply briefs are due February 19, 2008. In Dominion Resources, trial is set for May 2008, and the parties' exhibit and witness lists are due on February 22, 2008. Undersigned attorney of record in this case, is also attorney of record in Arizona Public Service Co., and is traveling to Phoenix next week from January 22-January 25, 2008 for an onsite accounting audit, and the parties have tentatively planned depositions for the last week of February 2008. Finally, undersigned

attorney of record in this case is also attorney of record in Hall v. United States, 07-825 (Fed. Cl.), in which he is required to respond to plaintiff's complaint by March 10, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant our request to revise the scheduling order entered by the Court on July 24, 2007, and enlarge the date for the submission of the Government's expert reports and response to SCE's damages schedules by 42 days, to and including, March 7, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7597
Fax: (202) 307-2503

January 15, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of January 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATES FOR THE SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney