# In the United States Court of Federal Claims

Case No. 04-109C
(Filed: January 16, 2008)

***********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
***********************************************************

**ORDER**

Defendant's unopposed **Motion to Enlarge the Date** (by 42 days) for the Submission of the Government's Expert Reports and Response to the Plaintiff's damages schedules until **March 7, 2008**, is hereby **GRANTED**.

IT IS SO ORDERED.

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir