# In the United States Court of Federal Claims

Case No. 04-109C
(Filed: June 10, 2008)

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

**ORDER**

The parties shall file a Joint Status Report (JSR) no later than July 1, 2008, advising the Court on the status of discovery. The JSR shall also advise the Court on the current status of other SNF cases, with special attention to the issues common to those involved in this matter.

The Court intends to schedule a Status Conference to revisit the Government's earlier request to stay these proceedings, among other issues.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge