# Southern California Edison v. United States, Fed. Cl. No. 04-109 (Judge Baskir)
## Status of Other Spent Nuclear Fuel Cases as of July 1, 2008

| Year | # | Plaintiff |
|---|---|---|
| **Cases on Appeal / Final Judgment Issued** | | |
| 1999- | 447 | Boston Edison Company |
| 1998- | 154 | Connecticut Yankee |
| 2004- | 34 | Delmarva Power & Light Company |
| 2004- | 36 | Atlantic City Electric Company |
| 1998- | 474 | Maine Yankee |
| 1998- | 484 | Northern States Power Company |
| 2004- | 74<br>75 | Pacific Gas & Electric (Consolidated) |
| 1998- | 488 | Sacramento Municipal Utility District |
| 2003- | 2623 | SFI/ Entergy Arkansas |
| 1998- | 614 | Southern Nuclear |
| 1998- | 126 | Yankee Atomic |
| | | |
| **Interlocutory Appeal Pending** | | |
| 2001- | 116 | Nebraska Public Power District |
| | | |
| **Cases Awaiting Final Judgment Or Where Time To Appeal Has Not Yet Run** | | |
| 2004- | 37 | Carolina Power & Light Company |
| 2004- | 83 | DRI/ Dominion Nuclear Connecticut |
| 2004- | 84 | DRI/ Virginia Electric and Power Company |
| 2003- | 2624 | SFI/ SER & Southern Mississippi |
| 2000- | 697 | Wisconsin Electric |

# Southern California Edison v. United States, Fed. Cl. No. 04-109 (Judge Baskir)
## Status of Other Spent Nuclear Fuel Cases as of July 1, 2008

| Year | # | Plaintiff |
|---|---|---|
| | | |
| **Cases with Scheduled Trial Date** | | |
| 2004- | 106 | Dairyland Power Cooperative |
| 2002- | 926 | Detroit Edison |
| 2004- | 10 | Energy Northwest |
| | | |
| **Cases in Active Discovery** | | |
| 2003- | 2832 | Arizona Public Service Company |
| 2004- | 33 | Consolidated Edison Company of New York |
| 2002- | 1894 | Consumers Energy Company |
| 2003- | 2622 | Entergy Nuclear Indian Point 2 |
| 2003- | 2663 | Entergy Vermont Yankee |
| 2001- | 551 | PSEG Nuclear |
| 2002- | 898 | Vermont Yankee |
| | | |
| **Other Cases (Stayed or not in Active Discovery)** | | |
| 2008- | 237 | Alabama Power |
| 2004- | 96 | BWX Technologies, Incorporated |
| 2004- | 35 | Canal Electric Company |
| 2004- | 69 | Cleveland Electric Illuminating Company |
| 2007- | 875 | Connecticut Yankee II |
| 2004- | 68 | Constellation Generation Group, LLC |
| 2003- | 2625 | Entergy Gulf States |
| 2003- | 2627 | Entergy Nuclear Fitzpatrick |
| 2003- | 2626 | Entergy Nuclear Generation Company |
| 1998- | 483 | Florida Power & Light Company |

# Southern California Edison v. United States, Fed. Cl. No. 04-109 (Judge Baskir)
## Status of Other Spent Nuclear Fuel Cases as of July 1, 2008

| Year | # | Plaintiff |
|---|---|---|
| | | |
| **Other Cases (Stayed or not in Active Discovery) (Continued)** | | |
| 2004- | 88 | FPL Energy Seabrook |
| 2003- | 2505 | General Atomics |
| 2004- | 107 | General Electric Company (Morris) |
| 2004- | 108 | General Electric Company (Vallecitos) |
| 2004- | 133 | Illinois Power Company |
| 2004- | 67 | Interstate Power and Light Company |
| 2004- | 99 | Kansas Gas & Electric Company |
| 2007- | 877 | Maine Yankee II |
| 2004- | 124 | Niagara Mohawk Power Corp.(Nine Mile Point Unit 1) |
| 2004- | 125 | Niagara Mohawk Power Corp.(Nine Mile Point Unit 2) |
| 2007- | 608 | Northern States II |
| 2004- | 9 | Portland General Electric Company |
| 2004- | 70 | PPL Susquehanna |
| 2000- | 703 | Power Authority of New York |
| 2004- | 118 | Rochester Gas & Electric Company |
| 2003- | 2621 | SFI/ Entergy Louisiana |
| 2004- | 100 | Texas Genco, LP, et al. |
| 2004- | 98 | TXU Generation Company |
| 2004- | 97 | Union Electric Company |
| 2004- | 71 | Wisconsin Public Service Corporation |
| 2007- | 876 | Yankee Atomic II |