# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: July 22, 2008)

************************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
************************************************************

**ORDER**

This Order confirms the **telephonic Status Conference (on the record) is scheduled for 10:00 a.m., on Wednesday, August 6, 2008. The Defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**. The Plaintiff's Counsel shall notify the Defendant's Counsel of a telephone number where he can be contacted for the conference call.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge