# In the United States Court of Federal Claims

Case No. 04-0109C
(Filed: August 6, 2008)

**********************************************************
SOUTHERN CALIFORNIA EDISON COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**********************************************************

## ORDER

The Court held a status conference today in order to discuss the scheduling of further proceedings in this case. The plaintiff desires to set a trial date for the earliest available date. The Government is prepared to go to trial but is also amenable to a stay of proceedings in light of recent activity in related cases on appeal.

Based on the discussions during the status conference, the Court is prepared to schedule a trial date for April 14-28, 2009. We will tentatively schedule the pretrial briefing to commence on January 5, 2009.

In the interim, the parties will continue to file Joint Status Reports every 60 days. The Court will contact the parties to schedule a status conference in November 2008 to further address pretrial submissions.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge